**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1206

MICHAEL EUGENE TANN,

             Plaintiff - Appellant,

        v.

DAVID LUDWIKOSKI; GEORGE MATEJA,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Ellen L. Hollander, District Judge.
(1:10-cv-00612-ELH)

Submitted:  June 15, 2012             Decided:  June 28, 2012

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Eugene Tann, Appellant Pro Se.  Clifford Bernard Geiger,
Adam Thomas Simons, KOLLMAN & SAUCIER, PA, Timonium, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Tann appeals the district court's order granting summary judgment to Defendants on his claims of racial discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tann v. Ludwikoski, No. 1:10-cv-00612-ELH (D. Md. Jan. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED